AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 8 USC Section 641 - Theft of Government Property and Money (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:

1 year imprisonment, $100,000 fine, $25 special assessment, 1 year of supervised release

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

▶ Linda Randall

DISTRICT COURT NUMBER

**CR07-00577 WDB**

FILED SEP 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   H. H. (Shashi) Kewalramani

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?   ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:
2264 Chestnut Street
Livermore, CA 94550

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)     **E-filing**

FILED
2007 SEP 10 AM 10: 4[?]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-0 577 WDB |
| Plaintiff, | VIOLATION: Title 18, United States Code, Section 641- Theft of Government Funds (Class A Misdemeanor) |
| v. | |
| LINDA RANDALL, | OAKLAND VENUE |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

On or about March 12, 2007, in the Northern District of California, the defendant,

LINDA RANDALL,

did knowingly embezzle, steal, purloin, and knowingly convert to her use and the use of another money belonging to the United States and a department and agency thereof, namely, a United States Postal Service vending machine deposit, and did receive, conceal, and retain such money with the intent to convert it to her gain, knowing it to have been embezzled, stolen, purloined,

///

///

///

INFORMATION

1  and converted, all in violation of Title 18, United States Code, Section 641, a Class A
2  misdemeanor.
3
4  DATED: September 4, 2007                    SCOTT N. SCHOOLS
                                               United States Attorney
5
6                                              _____
7                                              W. DOUGLAS SPRAGUE
                                               Assistant United States Attorney
                                               Chief, Oakland Branch
8
9  (Approved as to form: _____ )
                          H. H. (SHASHI) KEWALRAMANI
10                        Assistant United States Attorney

INFORMATION