

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

Ronald V. Dellums Federal Building     (510) 637-3680

1301 Clay Street, Suite 340S
Oakland, California 94612-5217     FAX (510) 637-3724

September 21, 2007

VIA E-FILING

The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California 94612

    Re:    <u>United States v. Linda Randall</u>, CR 07-00577 WDB

Dear Judge Brazil:

    The United States Attorney's office hereby requests that a date for an initial appearance regarding this matter be set on the Court's Criminal Calendar at 10:00 a.m. on October 11, 2007 for an initial appearance and arraignment.

                    Very Truly Yours,

                    SCOTT N. SCHOOLS
                    United States Attorney

                    _____/s/_____
                    CHAN GREWAL
                    Law Clerk