**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*        *(510) 637-3928*
*Oakland, California  94612*           *FAX:(510) 637-3724*
                                        *E-Mail: chanmeet.grewal@usdoj.gov*

October 16, 2007

**VIA E-FILING**
The Chambers of the Honorable Wayne D. Brazil
1301 Clay Street, 3rd Floor
Oakland, CA 94612

    RE:    *United States v. Linda Randall, CR 07-00577 WDB*

Dear Judge Brazil:

Enclosed for the Court's review is a copy of the plea agreement pursuant to which it is anticipated that Ms. Randall will change her plea on October 18, 2007.  If the Court has any questions or concerns regarding the plea agreement, I can be reached at the above listed phone number or e-mail address.

Sincerely,

SCOTT N. SCHOOLS
United States Attorney


By:  _____/s/_____
      Chan Grewal
      Law Clerk

Encl.