12/28/2007 03:01 PM EDT

Version 7.0.1

FILED
JAN - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# Case Debt Type Payment Report
## U.S. Courts

Oakland

Case No. DCAN407CR000577

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | LINDA RANDALL | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 900.00 | CT 44611001467 | 1 | PR | 50.00 | 11/07/2007 |
| 001 | LINDA RANDALL | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 900.00 | CT 44611001570 | 1 | PR | 50.00 | 12/04/2007 |
| | | | | | | Sub-Total | | | 100.00 | |
| 001 | LINDA RANDALL | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611001375 | 1 | PR | 25.00 | 10/18/2007 |
| | | | | | | Division Payment Total | | | 125.00 | |
| | | | | | | Grand Total | | | 125.00 | |

$ 25.00  SPECIAL ASSESSMENT
PAID IN FULL   on 10/18/07

Page 1 of 1